# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### District of New Jersey

Case Number: 15-CV-08530-PGS-TJB

Plaintiff:
**RUTH DOREMUS, ET AL**
vs.
Defendant:
**NAVIENT SOLUTIONS, INC.**

IST2015003543

For: David Mitchell
Maney & Gordon, P.A.

Received by Investigative Services Of Tampa to be served on **NAVIENT SOLUTIONS F/K/A SALLIE MAE, INC. C/O CORPORATION SERVICE COMPANY, 2711 CENTERVILLE ROAD, SUITE 400, WILMINGTON, DE 19808.** I, _Adam J Crowe_, do hereby affirm that on the _14th_ day of _December_ 2015 at _9:35 a_.m., executed service by delivering a true copy of the **Summons and Complaint** in accordance with state statutes in the manner marked below:

( ) PUBLIC AGENCY: By serving _____ as _____ of the within-named agency.

( ) SUBSTITUTE SERVICE: By serving _____ as _____.

(X) CORPORATE SERVICE: By serving _Lynne Anne Cares_ as _Litigation management Services leader_.

( ) OTHER SERVICE: As described in the Comments below by serving _____ as _____.

( ) NON SERVICE: For the reason detailed in the Comments below.

**COMMENTS:** _____

Under penalty of perjury, I declare that I have read the foregoing and that facts in it are true and correct. Pursuant to F.S. 92.525 (2) I have no interest in the above action and no notary is required.

PROCESS SERVER # ____
Appointed in accordance with State Statutes

**Investigative Services Of Tampa**
P. O. Box 272638
Tampa, FL 33688
(813) 964-9159

Our Job Serial Number: 2015003543

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n